**Motion Granted and Order filed December 6, 2016**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-16-00836-CV

———————

## IN THE INTEREST OF J.P. AND J.P., MINOR CHILDREN

**On Appeal from the 245th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-81181**

## ORDER

On November 17, 2016, appellant filed a motion for an extension of time to pay for the reporter's record. We construe that motion as one for an extension of time to file the reporter's record and issue the following order. *See* Tex. R. App. P. 35.3(c) ("The appellate court may enter any order necessary to ensure the timely filing of the appellate record.").

Appellant's motion is granted. The reporter's record shall be filed by **January 5, 2017**.

PER CURIAM